William H. Ingladson, Esq.
Ingaldson, Maassen & Fitzgerald
813 West Third Avenue
Anchorage, AK 99501
(907) 258-8750/phone
(907) 258-8751/facsimile
bill@impc-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARY M. CHARLES, as Personal Representative of the Estate of Frank Lewis Charles,

    Plaintiff,

vs.

MERCK & CO., INC., a foreign corporation, McKesson Anchorage, McKesson Corporation, Tim Alderson, Aaron Butikofer, Joe Caterinichio, Kimberly Hone, Jeffrey Johnson, Vic Kelley, Brad Longcake, and Charlie Moses,

    Defendants.

Case No. 04:07-CV-00021 RRB

### ERRATA

This errata corrects the filing at Docket 22, which was a motion rather than a memorandum and exhibit. The memorandum and exhibit are attached to this errata.

DATE: September 26, 2007

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CHARLES V. MERCK*
Case No. 04:07-cv-00021 RRB
ERRATA
Page 1 of 3

Case 4:07-cv-00021-RRB   Document 23   Filed 09/26/07   Page 1 of 3

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Plaintiff


s/ William H. Ingaldson
813 West Third Avenue
Anchorage, AK 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
E-mail: bill@impc-law.com
ABA No. 8406030

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007, a copy of the foregoing Plaintiff's Errata was electronically served on:

Jahna M. Lindemuth, Esq.
Dorsey & Whitney LLP
1031 West Fourth, Suite 600
Anchorage, AK 99501-5907

Myron Angstman, Esq.
Angstman Law Office
P. O. Box 585
Bethel, AK 99559


s/ William H. Ingaldson


F:\W\5089-1\USDC Pleadings\Remand Motion\Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

CHARLES V. MERCK
Case No. 04:07-cv-00021 RRB
ERRATA