William H. Ingaldson, Esq.
Ingaldson, Maassen & Fitzgerald
813 West Third Avenue
Anchorage, AK 99501
(907) 258-8750/phone
(907) 258-8751/facsimile
bill@impc-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY M. CHARLES, as Personal Representative of the Estate of Frank Lewis Charles,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation, McKesson Anchorage, McKesson Corporation, Tim Alderson, Aaron Butikofer, Joe Caterinichio, Kimberly Hone, Jeffrey Johnson, Vic Kelley, Brad Longcake, and Charlie Moses,<br><br>Defendants. | |

Case No. 04:07-CV-00021 RRB

### PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S MOTION TO REMAND AT DOCKET 21

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CHARLES V. MERCK*
Case No. 04:07-cv-00021 RRB
PLAINTIFF'S MOTION FOR EXPEDITED
CONSIDERATION OF MOTION FOR REMAND
AT DOCKET 21
Page 1 of 3

Case 4:07-cv-00021-RRB   Document 38   Filed 01/22/08   Page 1 of 3

Plaintiff moves this Court to decide Plaintiff's fully briefed Motion to Remand before January 29, 2008. The attached Memorandum details the urgent facts supporting expedited consideration. A proposed order is attached for the Court's convenience.

DATE: January 22, 2008

        INGALDSON, MAASSEN &
        FITZGERALD, P.C.
        Attorneys for Plaintiff

        s/ William H. Ingaldson
        813 West Third Avenue
        Anchorage, AK 99501
        Phone: (907) 258-8750
        Fax:   (907) 258-8751
        E-mail: bill@impc-law.com
        ABA No. 8406030

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CHARLES V. MERCK*
Case No. 04:07-cv-00021 RRB
PLAINTIFF'S MOTION FOR EXPEDITED
CONSIDERATION OF MOTION FOR REMAND
AT DOCKET 21

Page 2 of 3

Case 4:07-cv-00021-RRB   Document 38   Filed 01/22/08   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of January, 2008, a copy of the foregoing Plaintiff's Motion for Expedited Consideration of Motion to Remand at Docket 21 was electronically served on:

Jahna M. Lindemuth, Esq.
Dorsey & Whitney LLP
1031 West Fourth, Suite 600
Anchorage, AK 99501-5907

Myron Angstman, Esq.
Angstman Law Office
P. O. Box 585
Bethel, AK 99559

Amy Menard, Esq.
Doherty & Menard
1029 West Third, Suite 500
Anchorage, AK 99501


s/ William H. Ingaldson

F:\W\5089-1\USDC Pleadings\Remand Motion\Expedited Consideration Mtn\Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*CHARLES V. MERCK*
Case No. 04:07-cv-00021 RRB
PLAINTIFF'S MOTION FOR EXPEDITED
CONSIDERATION OF MOTION FOR REMAND
AT DOCKET 21
Page 3 of 3
Case 4:07-cv-00021-RRB   Document 38   Filed 01/22/08   Page 3 of 3