UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CHARLES v. MERCK & CO., et al.

DATE:  January 29, 2008    CASE NO.  4:07-cv-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING EXPEDITED CONSIDERATION**

---

At **Docket 38** is Plaintiff Mary M. Charles, as Personal Representative for the Estate of Frank Lewis Charles ("Plaintiff"), with a Motion to Expedite Consideration of Motion to Remand at Docket 21. The motion is opposed at Docket 42 and, for reasons more carefully articulated therein, is hereby **DENIED**.

Per the Court's Order at Docket 37, all proceedings in this matter shall remain **STAYED** unless the matter is: (1) ultimately rejected by the Eastern District of Louisiana; and/or (2) remanded to the District of Alaska. Should either of these events occur, the parties are to notice the Court of such action within ten (10) days of the same. See Docket 37 at 3.